UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN CRUZ GONZALEZ, et al.
   Plaintiffs

         v.                     Civil No. 98-1350(SEC)

JOHNSON & JOHNSON, et al.
   Defendants



## ORDER

| MOTION | RULING |
| --- | --- |
| **Docket # 20**<br>Defendant Johnson & Johnson's motion requesting leave to file reply to plaintiffs' opposition | **Granted.** The reply has been filed. See Docket # 21. |

DATE: March 3/, 2000

/S/ SALVADOR E. CASELLAS
United States District Judge

