**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
00 AUG 10 AM 7:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

BENJAMIN CRUZ GONZALEZ, et al. *
*
Plaintiffs * **Civil No. 98-1350(SEC)**
*
v. *
*
ETHICON JOHNSON & JOHNSON, et al. *
*
Defendants *
*************************************

**ORDER**

Pursuant to P.R. Loc. R. 302.7, this case is hereby transferred to the docket of the Honorable Jay García Gregory, subject to his approval.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge

27