**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

BENJAMIN CRUZ GONZALEZ, et al

    **Plaintiff(s)**

      **v.**                      **CIVIL NO.**  98-1350 (JAG)

JOHNSON & JOHNSON CO., et al

    **Defendant(s)**

---

## ORDER

    No objections having been filed, the Magistrate-Judge's Report & Recommendation is hereby accepted. The Motion for Summary Judgment is **granted**, and plaintiffs' Complaint is **dismissed in its entirety**.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 19th day of September, 2001.

JAY A. GARCIA-GREGORY
United States District Judge