IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN CRUZ GONZALEZ, et al

**Plaintiff(s)**

v.   CIVIL NO. 98-1350 (JAG)

JOHNSON & JOHNSON CO., et al

**Defendant(s)**

## JUDGMENT

Based on the Order of this date, the Court hereby enters judgment dismissing the Complaint in its entirety.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of September, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

